UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| DARRELL DAUROX NEWBERN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:08-CV-042 WL |
| | ) | |
| LAKE COUNTY JAIL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MEMORANDUM AND ORDER

Darrell Daurox Newbern, a *pro se* prisoner, submitted a complaint. Mr. Newbern alleges the defendant denied him medical treatment when he suffered a seizure. Pursuant to 28 U.S.C. § 1915A, the Court must review the merits of a prisoner complaint. However, because the plaintiff's complaint is vague and ambiguous, it lacks the detail necessary for this Court to adequately screen this case pursuant to 28 U.S.C. § 1915A. Consequently, he must provide detailed answers to the following questions.

1. What happened to you on November 26, 2007, that makes you believe that you had a seizure?

2. Where were you when it happened?

3. Was anyone with you when it happened? Identify the person or persons who were present?

4. Have you ever had a seizure before November 26, 2007? When? What treatment did you receive?

5. What time did the seizure start? How long did it last?

6. What injuries did you suffer as a result of the seizure?

7. Is there an emergency medical technician at the jail ?

8. What time did Robert Anthony Ottomanelli ask Officer Young to call the emergency medical technician?

9. Did you see any medical personnel the day after the incident? When? Who did you see?

10. Were you diagnosed with any medical condition to explain what happened to you on November 26, 2007? If so, identify it.

11. Identify everyone who personally and individually denied you medical treatment on November 26, 2007.

12. Explain how each person denied you medical treatment on November 26, 2007.

Therefore, pursuant to Fed. R. Civ. P. 12(e), the Court:

(1) **GRANTS** Darrell Daurox Newbern to and including July 23, 2008, to file a more definite statement; and

(2) **CAUTIONS** Darrell Daurox Newbern that, if he does not respond to this order by the deadline, this case may be dismissed without further notice pursuant to Fed. R. Civ. P. 41(b) for not complying with an order of this Court.

SO ORDERED.

ENTERED: June 24 , 2008.

s/William C. Lee
William C. Lee, Judge
United States District Court